In the Matter of the Estate of VICTORIA MORRIS, Deceased.
SEAMEN'S CHURCH INSTITUTE OF NEW YORK, Appellant; BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN et al., Respondents.

Argued October 9, 1941; decided November 19, 1941.

*George Gray Zabriskie* for appellant.

*Paul B. Barringer, Jr.*, for Board of Regents of the University of Michigan, respondent.

*John F. Boyer* for Sterling St. John et al., as executors of Victoria Morris, deceased, respondents.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.